**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 02-7042**

————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEITH NEAL WRIGHT,

Defendant - Appellant.

————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-95-90, CA-01-351-1)

————————

Submitted:  September 9, 2002        Decided:  October 2, 2002

————————

Before WILKINS, NIEMEYER, and LUTTIG, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Keith Neal Wright, Appellant Pro Se.  David Bernard Smith, Greensboro, North Carolina, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Keith Neal Wright seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and conclude on the reasoning of the district court that Wright has not made a substantial showing of the denial of a constitutional right. See United States v. Wright, Nos. CR-95-90; CA-01-351-1 (M.D.N.C. filed June 5, 2002, entered June 6, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) 2000.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2